IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAVIER GARZA, on behalf of himself, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FUSION INDUSTRIES, LLC,<br><br>        Defendant. | Case No. CIV-20-336-D |

**ENTER ORDER:**

The settlement conference was held on January 11, 2024, before Magistrate Judge Suzanne Mitchell. Don J. Foty appeared as trial counsel for Plaintiff. Leif E. Swedlow appeared as trial counsel for Defendant.

   X      The case did settle.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

                                              Carmelita R. Shinn, Clerk

                                      By:   s/Lesa Boles
                                                  Deputy Clerk